ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 8 2018

CLERK, U.S. DISTRICT COURT
By _____
  Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | **3-18CR-231-B** |
| DEMETRIC MONTAR WASHINGTON (1) | |

## INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(e))

On or about November 29, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Demetric Montar Washington**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith and Wesson, Model 642-1, .38 caliber revolver, bearing serial number CXA6352.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about November 29, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Demetric Montar Washington**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a))

Upon conviction for the offenses alleged in Counts One or Two of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Demetric Montar Washington**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense.

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Demetric Montar Washington**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

This property includes, but is not limited to, the following:

(1) a Smith and Wesson, Model 642-1, .38 caliber revolver, bearing serial number CXA6352;

(2) any ammunition recovered with the firearm; and

(3) any United States currency recovered.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214-659-8617
Fax: 214-659-8809

Indictment — Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DEMETRIC MONTAR WASHINGTON

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(e)
Felon In Possession of a Firearm

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

---

DALLAS                                                                    FOREPERSON

Filed in open court this 8th day of May, 2018.

---

**Warrant to be Issued - In State Custody**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending